Mark D. Peterson (Cal. Bar # 126174)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Facsimile: (949) 724-1190
E-mail: markpeterson@catespeterson.com

Attorneys for Plaintiff
Travelers Property Casualty Company of America

David B. Goodwin (Cal. Bar # 104469)
Jeffrey M. Davidson (Cal. Bar # 248620)
Hannah M. Chartoff (Cal. Bar # 324529)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 955-6530
E-mail: dgoodwin@cov.com
Email: jdavidson@cov.com
Email: hchartoff@cov.com

Attorneys for Defendant
salesforce.com, inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>Defendant. | Case No. 3:20-cv-9443-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION ENLARGING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1(a), Plaintiff Travelers Property Casualty Company of America and Defendant salesforce.com, inc. (collectively, the "Parties") respectfully submit the following Stipulation Enlarging Time to Respond to Complaint and [Proposed] Order.

## STIPULATION

WHEREAS, on January 4, 2021, Plaintiff served Defendant with a complaint in this action (Dkt. 7; *see* Dkt. 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the complaint is due by January 25, 2021;

WHEREAS, the Parties agree that the deadline to file any motion to dismiss (or otherwise respond to) the complaint should be extended by 30 days;

WHEREAS, no other events or deadlines already fixed by Court order would be affected by the time modification requested herein;

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court order, that Defendant's deadline to move to dismiss or otherwise respond to the complaint shall be February 24, 2021.

Respectfully submitted,

Dated:  January 22, 2021            COVINGTON & BURLING LLP

By:   */s/ Hannah M. Chartoff*
    Hannah M. Chartoff
    Attorneys for Defendant
    salesforce.com, inc.

Dated: January 22, 2021            CATES PETERSON LLP

By:   */s/ Mark D. Peterson*
    Mark D. Peterson
    Attorneys for Plaintiff
    Travelers Property Casualty Company of America

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 22, 2021                    By: _____
                                               Hon. Vince Chhabria
                                               United States District Judge

APPROVED
Judge Vince Chhabria

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I, Hannah M. Chartoff, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

 */s/ Hannah M. Chartoff*
Hannah M. Chartoff