Mark D. Peterson (Cal. Bar # 126174)
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone: (949) 724-1180
Facsimile: (949) 724-1190
E-mail: markpeterson@catespeterson.com

Attorneys for Plaintiff
Travelers Property Casualty Company of America

David B. Goodwin (Cal. Bar # 104469)
Jeffrey M. Davidson (Cal. Bar # 248620)
Hannah M. Chartoff (Cal. Bar # 324529)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 955-6530
Email: dgoodwin@cov.com
Email: jdavidson@cov.com
Email: hchartoff@cov.com

Attorneys for Defendant
salesforce.com, inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE.COM, INC.,<br><br>Defendant. | Case No. 3:20-cv-9443-VC<br><br>Hon. Vince Chhabria<br><br>**STIPULATION REGARDING CASE SCHEDULE AND [~~PROPOSED~~] ORDER**<br><br>AS MODIFIED |

Pursuant to Civil L.R. 6-2(a) and this Court's Civil Standing Order ¶ 14, Plaintiff Travelers Property Casualty Company of America and Defendant salesforce.com, inc. (collectively, the "Parties") respectfully submit the following Stipulation Regarding Case Schedule and [Proposed] Order.

## **STIPULATION**

WHEREAS, on January 4, 2021, Plaintiff served Defendant with a complaint in this action (Dkt. 7; *see* Dkt. 1);

WHEREAS, following the Parties' Stipulation Enlarging Time to Respond to Complaint (Dkt. 16), the Court ordered Defendant to respond to Plaintiff's complaint by February 24, 2021 (Dkt. 17);

WHEREAS, on February 24, 2021, Defendant filed a motion to dismiss Plaintiff's first claim for relief and a motion to stay Plaintiff's remaining two claims for relief (Dkt. 18);

WHEREAS, on March 10, 2021, Plaintiff filed an opposition to Defendant's motions (Dkt. 19);

WHEREAS, consistent with Federal Rule of Civil Procedure 26(f), counsel for Plaintiff and counsel for Defendant met and conferred on March 10, 2021;

WHEREAS, the Court set an initial case management conference for March 31, 2021 (Dkt. 11);

WHEREAS, the Court is scheduled to hear argument on Defendant's motion to dismiss and motion to stay on April 1, 2021;

WHEREAS, the Court's ruling on Defendant's motions to dismiss and to stay, if granted, would effectively dispose of this case, in that Plaintiff's first claim for relief would be dismissed and its remaining claims would be indefinitely stayed, pending the outcome of the underlying Texas state-court litigation and, if denied, would affect how the case would proceed and what would remain for the parties to address;

THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court order, that the initial

case management conference be rescheduled from March 31, 2021 to April 14, 2021 and the Parties' deadline to submit an initial case management statement be extended to April 7, 2021.

Respectfully submitted,

Dated: March 16, 2021            COVINGTON & BURLING LLP

By: /s/ Hannah M. Chartoff
Hannah M. Chartoff
Attorneys for Defendant
salesforce.com, inc.

Dated: March 16, 2021            CATES PETERSON LLP

By: /s/ Mark D. Peterson
Mark D. Peterson
Attorneys for Plaintiff
Travelers Property Casualty Company of America

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 17, 2021            By: _____
Hon. Vince Chhabria
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

The initial CMC is rescheduled from March 31, 2021 to April 21, 2021. A case management statement is due on April 14.