UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SALESFORCE.COM, INC.,<br><br>            Defendant. | 20-cv-09443-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice, now enters judgment in accordance with the order at Dkt. No. 27.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 13, 2021

_____
VINCE CHHABRIA
United States District Judge